IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUSAN BECK,          )<br>         Plaintiff,      )<br>                             )<br>v.                              )<br>                             )<br>COFFEYVILLE REGIONAL MEDICAL )<br>CENTER,                  )<br>         Defendant.     ) | Case No. 10-CV-2570-JTM-KMH |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Susan Beck, and the defendant, Coffeyville Regional Medical Center, hereby stipulate to the dismissal of the above-styled case with prejudice, each side to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| SLOAN, EISENBARTH, GLASSMAN,<br>   MCENTIRE & JARBOE, L.L.C. | STINSON MORRISON HECKER LLP |
| By:   s/Shaye L. Downing<br>   Stephen D. Lanterman, KS #18844<br>   Shaye L. Downing, KS #22152<br>   1000 Bank of America Tower<br>   Topeka, KS  66603-3456<br>   (785) 357-6311<br>   (785) 357-0152 (fax)<br>   slanterm@sloanlawfirm.com<br>   sdowning@sloanlawfirm.com | By:   s/Christopher J. Leopold<br>   Christopher J. Leopold, KS # 19638<br>   Anne C. Emert, KS # 22144<br>   1201 Walnut, Suite 2200<br>   Kansas City, MO 64106<br>   (816) 842-8600<br>   (816) 691-3495 (fax)<br>   cleopold@stinson.com<br>   aemert@stinson.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |